McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $99,900.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $37,965.00 IN U.S. CURRENCY, AND<br><br>APPROXIMATELY $45,005.00 IN U.S. CURRENCY,<br><br>Defendants. | CASE NO. 2:20-MC-00229-KJM-EFB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimants Nicholas Keenoy, Corey McCloud, and Corey Lettieri ("claimant"), by and through their respective counsel, as follows:

1.  On or about June 8, 2020, claimants filed claims in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the Approximately $99,900.00 in U.S. Currency, Approximately $37,965.00 in U.S. Currency, and Approximately $45,005.00 in U.S. Currency (hereafter collectively "defendant currency"), which were seized on March 23, 2020.

2.  The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any

person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is September 4, 2020.

4.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to October 5, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.  Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to October 5, 2020.

Dated: 8/20/2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 8/20/2020

/s/ Jacek W. Lentz
JACEK W. LENTZ
Attorney for potential claimants
Nicholas Keenoy, Corey McCloud, and
Corey Lettieri

(Signature authorized by phone)

**IT IS SO ORDERED**.

Dated: August 25, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE