PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $99,900.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $37,965.00 IN U.S. CURRENCY, AND<br><br>APPROXIMATELY $45,005.00 IN U.S. CURRENCY,<br><br>    Defendants. | 2:20-MC-00229-KJM-EFB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

      The United States and potential claimants Nicholas Keenoy, Corey McCloud, and Corey Lettieri ("claimants"), by and through their counsel, submit the following Stipulation and Order pursuant to the Court's prior order in this case.  The seizures forming the basis for this matter took place less than one year ago (the matter was referred to the government nine months ago) and the parties acknowledge the previous extensions given the COVID-19 pandemic, ongoing settlement negotiations in a multi-claimant matter, and a potential parallel investigation into the conduct forming the basis for the seizures.  In recent weeks, the parties have engaged in productive settlement negotiations concerning the seizures.  Accordingly, the parties seek only a brief thirty-day extension and believe that this will be the final request.

## Good Cause

The seizures in this case stem from an investigation and resulting seizure at the Sacramento airport of three sums of currency from the potential claimants. The potential claimants were traveling to Sacramento from Philadelphia, Pennsylvania to purportedly visit family members of one of the potential claimants. The cash they carried in their luggage totaled $182,870.00 and, according to the potential claimants, they had employment and brought the cash with them because they did not trust banks during this COVID-19 virus shutdown and they wanted to have money to spend while they were in California visiting. A drug dog trained to identify the odor of narcotics on currency subsequently positively alerted to each amount of cash transported from Pennsylvania to Sacramento in March 2020.

Accordingly, the United States has committed substantial resources and time reviewing the claims, investigative reports, and other records in this case, including criminal histories and employment reports. Further, this a multi-claimant case, and discussions to resolve evidentiary inquiries and settlement movement require coordination and layers of conversation. Lastly, the seizures in this case took place on March 23, 2020, which was shortly after the shutdowns happened due to the COVID-19 global pandemic. This case was referred to the U.S. Attorney's Office on July 1, 2020, just nine months ago, when offices have been closed and all discussions, negotiations, and approval conferences have occurred remotely. Thus, the COVID-19 pandemic has had a significant impact on the timing of this case and progressing the settlement negotiations in this matter.

## Stipulations

1. On or about June 8, 2020, claimants filed claims in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the Approximately $99,900.00 in U.S. Currency, Approximately $37,965.00 in U.S. Currency, and Approximately $45,005.00 in U.S. Currency (hereafter collectively "defendant currency"), which were seized on March 23, 2020.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was September 4, 2020.

4. By Stipulation and Order filed August 26, 2020, the parties stipulated to extend to October 5, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed October 1, 2020, the parties stipulated to extend to December 4, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed November 30, 2020, the parties stipulated to extend to February 2, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed February 2, 2021, the parties stipulated to extend to March 4, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to April 5, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9. Accordingly, the parties agree that the deadline by which the United States shall be

///

///

required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to April 5, 2021.

Dated: 3/4/2021  PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 3/4/2021  /s/ Jacek W. Lentz
JACEK W. LENTZ
Attorney for potential claimants
Nicholas Keenoy, Corey McCloud, and
Corey Lettieri

(Signature authorized by email)

**IT IS SO ORDERED**.

Dated: March 8, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE