PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $99,900.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $37,965.00 IN U.S. CURRENCY, AND<br><br>APPROXIMATELY $45,005.00 IN U.S. CURRENCY,<br><br>          Defendants. | 2:20-MC-00229-KJM-EFB<br><br>NOTICE OF SETTLEMENT<br>[LOCAL RULE 160] |

TO THE HONORABLE KIMBERLY J. MUELLER:

     Pursuant to E.D. Cal. R. 160(a), the Court is hereby advised that the parties to the above referenced civil action have reached a settlement.  The dispositional papers will be filed with the Court within twenty one (21) days, in accordance with E.D. Cal. R. 160(b).


Dated:  4/5/2021                                         PHILLIP A. TALBERT
                                                        Acting United States Attorney

                                                 By:    /s/ Kevin C. Khasigian
                                                         KEVIN C. KHASIGIAN
                                                         Assistant U.S. Attorney